Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November . term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HARRY SIEGEL, Respondent, v. EDWARD H. SCHWARTZ, Appellant.— Motion to vacate stay granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

H. F. SINCLAIR, etc., Respondent, v. JAMES S. JOHNSON, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Plaintiff, v. THORKEL OLSEN, Appellant. CAROLINE OLSEN CARBERRY, Respondent.— Motion to allow the submission of certain exhibits, and dispense with printing of same, granted, without costs. Blackmar, P. J., Manning, Kelby and Young, JJ., concur; Jaycox, J., taking no part.

GIOACCHINO STABILI, Respondent, v. JOSEPH P. DAY, Appellant.— Motion denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

WILLIAM A. STRATT, Appellant, v. FREDERICK E. WOOD and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

IDA THOMASHEFSKY, Respondent, v. HARRY THOMASHEFSKY, Appellant.— Motion to dismiss appeal denied upon condition that within five days defendant pay ten dollars costs, and upon the further condition that the case be argued on Monday, November 6, 1922, for which day it is set down; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

SAMUEL TUCHBAND, Respondent, v. ALEXANDER SIMCHOW and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HENRY GEORGE AUERBACH and DEWEY AUERBACH, Respondents, v. MARYLAND CASUALTY COMPANY, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and judgment directed for the defendant dismissing the complaint, with costs, with leave to the plaintiffs to amend their complaint within twenty days upon payment of costs. We think the complaint is insufficient in failing to state the facts relied on by plaintiffs as showing bad faith on the part of defendant in the protection of plaintiffs' rights. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

NATHAN BARKAN, Respondent, v. LEXINGTON MOTOR COMPANY OF NEW YORK, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.